Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 19, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed November 19, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01279-CV

____________

 

IN RE LINDA GAIL CARTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On November 19, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In the petition, relator
seeks to have this Court direct the Hon. Lisa Millard, presiding judge of the
310th District Court in Harris County, to set aside her order of November 13,
2003, entered in cause number 2003-43072. 
Relator also requested an emergency stay of
the trial court=s order and a writ of prohibition.

We have jurisdiction to issue a writ of prohibition only to
protect our own jurisdiction.  See
Holloway v. Fifth Court of Appeals, 767 S.W.2d 680, 683
(Tex. 1989).  There is no appeal pending
in this matter; thus, we have no jurisdiction to issue a writ of
prohibition.  We also deny relator=s request for emergency relief.  See Tex.
R. App. P. 52.10(a).  








We find relator has not established
an abuse of discretion.   Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed November 19, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and
Seymore.